```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ SUSAN PHAN
   │ Assistant U.S. Attorney
 3 │ 4401 Federal Courthouse
   │ 2500 Tulare Street
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4000
 5 │
 6 │
 7 │
   │           IN THE UNITED STATES DISTRICT COURT FOR THE
 8 │
   │                   EASTERN DISTRICT OF CALIFORNIA
 9 │
10 │
11 │
12 │ UNITED STATES OF AMERICA,    )   1:09-CR-00402 OWW
   │                              )
13 │             Plaintiff,       )
   │                              )   ORDER FOR DISMISSAL OF
14 │      v.                      )   INDICTMENT WITHOUT PREJUDICE
   │                              )
15 │ ARNOLDO CHAVEZ-MENDOZA,      )
   │                              )
16 │                              )
   │             Defendant.       )
17 │ _____)
18 │
19 │
20 │      Pursuant to the motion by the United States, IT IS HEREBY
21 │ ORDERED that the Indictment filed herein be dismissed against
22 │ defendant ARNOLDO CHAVEZ-MENDOZA without prejudice and in the
23 │ interest of justice.
24 │
25 │ DATED: December 10, 2009      /s/ OLIVER W. WANGER
   │                               HONORABLE OLIVER W. WANGER
26 │                               United States District Judge
27 │
28 │
```